David V. Jafari (CA SBN 207881)
djafari@jafarilawgroup.com
Saul Acherman (CA SBN 288036)
sacherman@jafarilawgroup.com
John Marh (CA SBN 355359)
jmarh@jafarilawgroup.com
**JAFARI LAW GROUP, INC.**
2020 Main St. Suite 350
Irvine, CA 92614
Tel.: (949) 362-0100

Attorneys for Plaintiff
EUREKA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUREKA LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF EUREKA LLC'S COMPLAINT**<br><br>JURY TRIAL DEMANDED |

1

PLAINTIFF EUREKA LLC'S COMPLAINT

## COMPLAINT

Plaintiff Eureka LLC ("Plaintiff" or "Eureka") hereby brings the present action against the Partnerships and Unincorporated Associations identified on Schedule A attached hereto (collectively, the "Defendants") and alleges as follows:

## THE PARTIES

1. Eureka is a California limited liability company.

2. Defendants are individuals and business entities of unknown makeup who own and/or operate one or more of the e-commerce stores under at least the Seller Aliases identified on Schedule A and/or other seller aliases not yet known to Eureka. On information and belief, the Defendants reside and/or operate in the People's Republic of China or other foreign jurisdictions and/or redistribute products from the same or similar sources in those locations. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b).

3. On information and belief, Defendants either individually or jointly, operate one or more e-commerce stores under the seller aliases listed in Schedule A attached hereto ("Seller Aliases"). Tactics used by Defendants to conceal their identities and the full scope of their operation make it virtually impossible for Plaintiff to discover Defendants' true identities and the exact interworking of their network. If Defendants provide additional credible information regarding their identities, Eureka will take appropriate steps to amend the Complaint.

4. Eureka is informed and believes that Does 1-10 are unknown individuals and/or entities who participated in the promoting, offering, importing, and selling of counterfeit and/or infringing Eureka products.

## JURISDICTION AND VENUE

5. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Patent Act, 35 U.S.C. § 1, *et seq.*, 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331. This Court also has jurisdiction over

PLAINTIFF EUREKA LLC'S COMPLAINT

the state law claims under 28 U.S.C. § 1367.

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400, and this Court may properly exercise personal jurisdiction over Defendants since each of the Defendants directly target business activities towards consumers in the United States, including California, through at least the fully interactive e-commerce stores operating under the Seller Aliases. Specifically, Defendants have targeted sales to California residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including California, accept payment in U.S. dollars, and on information and belief have sold products using infringing and counterfeit versions of Plaintiff's federally registered patent to residents of California. Each of the Defendants is committing tortious acts in California, is engaging in interstate commerce, and has wrongfully caused Plaintiff substantial injury in the State of California.

## FACTUAL BACKGROUND

7. Eureka was founded in California in 2017 California to design, manufacture, and sell all categories of furniture and household items that are comfortable, ergonomically conscious, and environmentally friendly. To this end, Eureka has worked with renowned ergonomic experts, chiropractors, universities, and research institutes to develop best practices for the technical structure of full house furniture. Eureka's products now include a wide range of full house furniture, including home office, living room, and dining room furniture, including but not limited to office desks, chairs, sofas, lounge chairs, coffee tables, dining tables, chairs, cabinets, and storage, as well as technology-enabled smart furniture, many of which feature distinctive ornamental designs claimed by Eureka's U.S. design patents.

8. Eureka has expended considerable resources in research and development to create furniture and household items with unique ornamental

PLAINTIFF EUREKA LLC'S COMPLAINT

aspects that also achieve practical ergonomic function. Eureka has taken steps to protect its innovative designs, including its computer stand designs. For example, Eureka owns various United States patents relating to its desktop computer carts and/or stands. Relevant to this dispute, Eureka owns all right, title, and interest in, and has the right to sue and recover for past, present, and future infringement of, each of the design patents identified in Table 1 below (collectively, hereinafter, the "Eureka Design Patents") from the date each patent duly and legally issued to Eureka. A copy of each Eureka Design Patent is attached to this Complaint as indicated in Table 1 below:

**Table 1: Eureka Design Patents**

| U.S. Design Patent No. | Issue Date of Patent | Complaint Exhibit |
|---|---|---|
| US D1,030,078 S | June 4, 2024 | A |
| US D1,027,503 S | May 21, 2024 | B |

9.     The Eureka Design Patents are presumed to be valid.

10.     In disregard of Eureka's rights in the Eureka Design Patents—and without authorization from Eureka—Defendants have made, used, sold, offered to sell, and/or imported into the United States computer stands bearing designs that have the same or substantially similar overall visual impression as the designs covered by the Eureka Design Patents (hereinafter, the "Infringing Products").

11.     Some of the Infringing Products are compared to the Eureka Design Patents in the table below. However, as Eureka does not know the full scope of Defendants' infringing network and has not been able to secure an image of each Infringing Product, Table 2 is not an all-inclusive list of the Infringing Products.

///

///

///

///

4

PLAINTIFF EUREKA LLC'S COMPLAINT

## Table 2: Side-by-Side Comparison of Certain Infringing Products and Eureka Design Patents

| | | |
|---|---|---|
| ASIN: | Eureka U.S. Design Patent No. 1,030,178 | Eureka U.S. Design Patent No. 1,027,503 |
| ASIN: | Eureka U.S. Design Patent No. 1,030,178 | Eureka U.S. Design Patent No. 1,027,503 |
| ASIN: | Eureka U.S. Design Patent No. 1,030,178 | Eureka U.S. Design Patent No. 1,027,503 |
| ASIN: | Eureka U.S. Design Patent No. 1,030,178 | Eureka U.S. Design Patent No. 1,027,503 |

5

PLAINTIFF EUREKA LLC'S COMPLAINT



| ASIN: | Eureka U.S. Design Patent No. 1,030,178 | Eureka U.S. Design Patent No. 1,027,503 |
|---|---|---|

12. On information and belief, Defendants knew of the Eureka Design Patents before they began making, using, selling, offering to sell, and/or importing the Infringing Products into the United States.

13. On information and belief, Defendants regularly create new online marketplace accounts on various platforms including Amazon using the identities listed in Schedule A (sealed) to this complaint, as well as other unknown fictious names and addresses. By cycling through different entities and/or seller identities, these bad actors are able to persistently engage in such illegal activities whilst evading liability. This reemerging issue is further exacerbated by the anonymity and lack of safeguards in online marketplaces like Amazon which allow for rapid storefront creation, minimal identity verification—especially for sellers based outside of the United States, and the use of intermediaries.

14. On information and belief, in addition to operating under multiple fictitious names, Defendants like defendants in other similar cases against online infringers or counterfeiters use a variety of other tactics to evade enforcement efforts. Bad actors like Defendants have demonstrated a pattern to secret, conceal, destroy, alter, sell-off, transfer or otherwise dispose of or deal with counterfeit products or other infringing goods. These bad actors have also demonstrated a pattern of informing their suppliers and others of such claims with the result being that those suppliers and others may also secret, conceal, sell-off or otherwise

6

PLAINTIFF EUREKA LLC'S COMPLAINT

dispose of counterfeit or infringing goods as well as the funds in accounts in seller accounts linked to these online platforms once they become aware of enforcement efforts. They frequently move funds out of seller accounts immediately upon learning of lawsuit or enforcement action.

15.     On information and belief, Defendants' knowing and repeated infringements of the Eureka Design Patents has been and continues to be intentional and willful.

## FIRST CLAIM FOR RELIEF

**Design Patent Infringement of United States Design Patent No. D1,030,178S**

**(35 U.S.C. § 271)**

16.     Plaintiff hereby incorporates by reference the allegations set forth in the preceding paragraphs, as if fully set forth herein.

17.     Defendants have infringed and continues to infringe Eureka's U.S. Design Patent No. D1,030,178S either directly or indirectly through acts of contributory infringement or inducement in violation of 35 U.S.C. § 261 by making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use Infringing Products that infringe directly and/or indirectly the ornamental design claimed in U.S. Design Patent No. D1,030,178S without Eureka's authorization.

18.     On information and belief, Defendants' infringements have been intentional and willful, making this an exceptional case.

19.     Eureka has been and will continue to be irreparably harmed by Defendants' infringements of U.S. Design Patent No. D1,030,178S. Defendants have infringed U.S. Design Patent No. D1,030,178S through the aforementioned acts and will continue to do so unless enjoined by this Court. Defendants' wrongful conduct has caused Plaintiff to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented invention. Plaintiff is entitled to injunctive relief

7

PLAINTIFF EUREKA LLC'S COMPLAINT

pursuant to 35 U.S.C. § 283.

20.    Plaintiff is entitled to recover damages adequate to compensate for the infringement, including Defendants' profits pursuant to 35 U.S.C. § 289. Plaintiff is also entitled to recover any other damages as appropriate pursuant to 35 U.S.C. § 284.

## SECOND CLAIM FOR RELIEF

**Design Patent Infringement of United States Design Patent No. D1,027,503S**

**(35 U.S.C. § 271)**

21.    Plaintiff hereby incorporates by reference the allegations set forth in the preceding paragraphs, as if fully set forth herein.

22.    Defendants have infringed and continues to infringe Eureka's U.S. Design Patent No. D1,027,503S either directly or indirectly through acts of contributory infringement or inducement in violation of 35 U.S.C. § 261 by making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use Infringing Products that infringe directly and/or indirectly the ornamental design claimed in U.S. Design Patent No. D1,027,503S without Eureka's authorization.

23.    On information and belief, Defendants' infringements have been intentional and willful, making this an exceptional case.

24.    Eureka has been and will continue to be irreparably harmed by Defendants' infringements of its U.S. Design Patent No. D1,027,503S. Defendants have infringed the U.S. Design Patent No. D1,027,503S through the aforementioned acts and will continue to do so unless enjoined by this Court. Defendants' wrongful conduct has caused Plaintiff to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented invention. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. § 283.

25.    Plaintiff is entitled to recover damages adequate to compensate for the

PLAINTIFF EUREKA LLC'S COMPLAINT

infringement, including Defendants' profits pursuant to 35 U.S.C. § 289. Plaintiff is also entitled to recover any other damages as appropriate pursuant to 35 U.S.C. § 284.

## THIRD CLAIM FOR RELIEF

### Unfair Competition Under California State Law

### (Cal. Bus. & Prof. Code § 17200, et seq.)

26. Plaintiff hereby incorporates by reference the allegations set forth in the preceding paragraphs, as if fully set forth herein.

27. Defendants are subject to California's Unfair Competition Law, Cal. Bus. & Prof. Code §17200, et seq.

28. The acts of Defendants complained of herein constitutes unfair competition in violation of California Business & Professions Code §§ 17200, et seq.

29. Plaintiff is entitled to injunctive relief to prevent such unfair competition and restitution from Defendants for an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment in its favor and against Defendants as follows:

1. Judgment that Defendants have willfully infringed the Eureka Design Patents in violation of 35 U.S.C. §§ 271 (a) and (b);

2. That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

   a. making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the Infringing Products;

9

PLAINTIFF EUREKA LLC'S COMPLAINT

b.  aiding, abetting, contributing to, or otherwise assisting anyone in making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the Infringing Products;

c.  effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b); and against

d.  further infringement of the Eureka Design Patents and colorable imitations thereof by Defendants and officers, agents, servants, employees, and attorneys, and all others in active concert or participation with any of them;

3.  Entry of an Order that, upon Plaintiff's request, those with notice of the injunction, including, without limitation, any online marketplace platforms such as Amazon, shall disable and cease displaying any advertisements and/or product listings, used by or associated with Defendants in connection with the sale of the Infringing Products;

4.  That Plaintiff be awarded such damages as it shall prove at trial against Defendants that are adequate to compensate Plaintiff for Defendants' infringement of the Eureka Design Patents, but in no event less than a reasonable royalty for the use made of the invention by the Defendants, together with interest and costs, pursuant to 35 U.S.C. § 284;

5.  That the amount of damages awarded to Eureka to compensate Eureka for Defendants' infringement of the Eureka Design Patents be trebled pursuant to 35 U.S.C. § 284, or an award of Defendants' profits from its infringements pursuant to 35 U.S.C. § 289, whichever is greater;

6.  For punitive and exemplary damages;

7.  For costs of suit, attorney's fees, and prejudgment interest; and

8.  For such other and further relief as the Court may deem just and proper.

10

PLAINTIFF EUREKA LLC'S COMPLAINT

Dated: June 3, 2026

Respectfully submitted,

**JAFARI LAW GROUP, INC.**

John Marh
Saul Acherman
*Attorneys for Plaintiff*
Eureka LLC

11

PLAINTIFF EUREKA LLC'S COMPLAINT

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 28, Plaintiff Eureka LLC hereby demands a trial by jury on all issues for which a trial by jury may be had.

Dated: June 3, 2026                    Respectfully submitted,

JAFARI LAW GROUP, INC.

John Marh
Saul Acherman
*Attorneys for Plaintiff*
Eureka LLC

PLAINTIFF EUREKA LLC'S COMPLAINT

# Schedule A

## Defendants and their aliases

| ███████ | ████████████████████████████████ |
|---|---|
| As known by Email Addresses | |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/ Phone Number | |
| ████████████ | |
| As known by Email Addresses | ████████████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |

| ████ | ████████████████████████████ |
|---|---|
| **████** | |
| As known by Email Addresses | ████████████████████████████ |
| As known by Online Storefront | ████████████████████████████ |
| As known by Business Name(s) | ████████████████████████████ |
| As known by Possible Address/Phone Number | ████████████████████████████ |
| **████████** | |
| As known by Email Addresses | ████████████████████████████ |
| As known by Online Storefront | ████████████████████████████ |
| As known by Business Name(s) | ████████████████████████████ |
| As known by Possible Address/Phone Number | ████████████████████████████ |
| **████████** | |
| As known by Email Addresses | |

| | |
|---|---|
| As known by Online Storefront | ██████████████████████████ |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ██████████ | |
| As known by Email Addresses | ██████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ██████████ | |
| As known by Email Addresses | ██████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |

| | ████ |
|---|---|
| ██████ | |
| As known by Email Addresses | ██████████████████ |
| As known by Online Storefront | ██████████████████ |
| As known by Business Name(s) | ██████████████████ |
| As known by Possible Address/Phone Number | ██████████████████ |
| ████████ | |
| As known by Email Addresses | ██████████████████ |
| As known by Online Storefront | ██████████████████ |
| As known by Business Name(s) | ██████████████████ |
| As known by Possible Address/Phone Number | ██████████████████ |
| ████████ | |
| As known by Email Addresses | ██████████████████ |
| As known by Online Storefront | ██████████████████ |
| As known by Business Name(s) | ██████████████████ |

| | |
|---|---|
| As known by Possible Address/Phone Number | ████████████████████████ |
| ██████ | |
| As known by Email Addresses | ████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ██████ | |
| As known by Email Addresses | ████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ██████ | |

| | |
|---|---|
| As known by Email Addresses | ███████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ██████████ | |
| As known by Email Addresses | ███████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ██████████ | |
| As known by Email Addresses | ███████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |

| As known by Possible Address/Phone Number | ████████████████████████████████ |
|---|---|
| ██████ | |
| As known by Email Addresses | ████████████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ████████ | |
| As known by Email Addresses | ████████████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |

| | ███ |
|---|---|
| ████████ | |
| As known by Email Addresses | ████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |
| ███████ | |
| As known by Email Addresses | ████████████████████████ |
| As known by Online Storefront | |
| As known by Business Name(s) | |
| As known by Possible Address/Phone Number | |