# EXHIBIT B

US0D1027503S

(12) **United States Design Patent**
Hu

(10) **Patent No.:**      **US D1,027,503 S**
(45) **Date of Patent:**    ** **May 21, 2024**

(54) **DESKTOP COMPUTER CART**

(71) Applicant: **Yajun Hu**, El Dorado Hills, CA (US)

(72) Inventor:    **Yajun Hu**, El Dorado Hills, CA (US)

(73) Assignees: **Yajun Hu**, La Cresta, CA (US); **EUREKA LLC**, Palos Verdes Estates, CA (US)

(**) Term:    **15 Years**

(21) Appl. No.: **29/917,209**

(22) Filed:    **Nov. 17, 2023**

### Related U.S. Application Data

(63) Continuation of application No. 29/821,478, filed on Dec. 30, 2021.

(51) **LOC (14) Cl.**  ............................................... **06-03**
(52) **U.S. Cl.**
USPC  .................................................... **D6/653.21**
(58) **Field of Classification Search**
USPC  ........ D34/12, 13, 14, 15, 16, 17, 18, 19, 20, D34/21, 22, 23, 24, 25, 26, 27; D6/675.1, 653.21
CPC  .......... B62B 3/02; B62B 3/002; B62B 3/144; B62B 3/005; B62B 3/025; B62B 1/12; B62B 1/00; B62B 1/208; B62B 1/14; B62B 2202/67
See application file for complete search history.

(56)    **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D302,890 | S | * | 8/1989 | Ng ................................. | D34/21 |
| D315,261 | S | * | 3/1991 | Ng ................................. | D34/21 |
| 5,152,542 | A | * | 10/1992 | DeVoe ....................... | B62B 3/02 280/79.11 |
| D371,661 | S | * | 7/1996 | Linder ........................... | D34/21 |
| D377,428 | S | * | 1/1997 | Rossdeutscher ............... | D34/21 |
| 5,623,881 | A | * | 4/1997 | Huang ............... | A47B 21/0314 108/50.01 |

| | | | | | |
|---|---|---|---|---|---|
| D424,827 | S | * | 5/2000 | Ko ............................ | D6/653.21 |
| D436,268 | S | * | 1/2001 | Ko ............................ | D6/653.21 |
| D451,306 | S | * | 12/2001 | Dow ........................... | D6/675.1 |
| D478,225 | S | | 8/2003 | Wang | |
| D499,273 | S | | 12/2004 | Chang | |
| D499,576 | S | | 12/2004 | Long | |
| D526,812 | S | | 8/2006 | Chen | |
| D547,970 | S | | 8/2007 | Chou | |
| D549,009 | S | | 8/2007 | Lin | |
| D747,911 | S | * | 1/2016 | Sheppard ...................... | D34/14 |
| D750,861 | S | * | 3/2016 | Alletto, Jr. ..................... | D34/21 |
| D780,397 | S | * | 2/2017 | Nicoll ........................... | D34/21 |

(Continued)

### OTHER PUBLICATIONS

Monoprice Height Adjustable PC Workstation Cart for Sit-Stand, retrieved Mar. 27, 2024, https://www.walmart.com/ip/Monoprice-Height-Adjustable-PC-Workstation-Cart-for-Sit-Stand/54023821 (Year: 2024) (Year: 2024).*

*Primary Examiner* — Cynthia Ramirez

(57)    **CLAIM**

I claim the ornamental design for a desktop computer cart, as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a desktop computer cart, showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a rear top perspective view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a right side view thereof;
FIG. **8** is a top view thereof; and,
FIG. **9** is a bottom view thereof.
The broken lines illustrate portions of the desktop computer cart that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



**US D1,027,503 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 9,591,919 B2 | 3/2017 | Ergun et al. |
| 9,635,932 B2 | 5/2017 | Kelley et al. |
| D850,172 S * | 6/2019 | Hu ................................ D6/686 |
| D851,852 S * | 6/2019 | Hu ................................ D34/12 |
| 10,617,201 B2 * | 4/2020 | Smed ....................... A47B 9/00 |
| D947,578 S * | 4/2022 | Hu ............................ D6/654.21 |
| D1,011,097 S * | 1/2024 | Wu ............................... D6/654 |
| D1,013,999 S * | 2/2024 | Xiao ............................ D34/12 |
| 2012/0228840 A1 * | 9/2012 | Qiang ................... A47B 3/002 |
| | | 280/42 |
| 2017/0188698 A1 * | 7/2017 | Chen ....................... A47B 9/20 |
| 2022/0203007 A1 * | 6/2022 | Yuds ........................ A61L 2/10 |

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9